THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS BROOKS, Appellant.

Submitted November 7, 2016; decided November 17, 2016

Motion for poor person relief, for the purpose requested, denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON M. MARTINEZ, Appellant.

Submitted November 14, 2016; decided November 17, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v HAROLD L. PETKE, Respondent.

Submitted October 24, 2016; decided November 17, 2016

Motion for assignment of counsel granted and Richard V. Manning, Esq., 10 Cassidy Road, P.O. Box 273, Parishville, New York 13672 assigned as counsel to the respondent nunc pro tunc on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL E. PRINDLE, Appellant.

Submitted October 31, 2016; decided November 17, 2016

Motion by Legal Aid Society for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

Judge FAHEY taking no part.